

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                            NO. 4:11CR00290-08 JLH

NANCY ASHCRAFT                                            DEFENDANT

## ORDER

Nancy Ashcraft has filed a motion for early termination of probation. The United States must respond to the motion, after conferring with the probation office, on or before September 25, 2014.

IT IS SO ORDERED this 11th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE