## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                     NO. 4:11CR00290-08 JLH

NANCY ASHCRAFT                                                                          DEFENDANT

### ORDER

Nancy Ashcraft's motion for early termination of probation is GRANTED. Document #547.

Ashcraft's probation is hereby terminated, and she is discharged.

IT IS SO ORDERED this 2nd day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE